[No. 42099-2-I.    Division One.    March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
TAMMANY EASTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07188-4, Larry Jordan, J., entered January 22, 1998. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Kennedy, C.J., and Grosse, J.

[No. 43242-7-I.    Division One.    March 13, 2000.]

*In the Matter of the Meretricious Relationship of* MARY
MORAN, *Respondent*, and RICHARD TAYLOR, *Appellant*,
UNITED TRADING COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-3-06198-6, Larry Jordan, J., entered July
31, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Grosse and Agid,
JJ.

[No. 43322-9-I.    Division One.    March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL S.
VILLAGOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-00861-6, Brian D. Gain, J., entered August
13, 1998. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Becker and Ellington, JJ.

[No. 43351-2-I.    Division One.    March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAGE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-00602-8, Sharon S. Armstrong, J., entered
September 18, 1998. *Affirmed* by unpublished per curiam
opinion.